**SUPPLEMENTAL DECLARATION IN SUPPORT OF EMERGENT TRO MOTION**

Juliana DePazza Plaintiff Pro Se
v.
DCPP,  et al., Defendants
Case No: 3:26-cv-05028-ZNQ-JBD

I, Juliana DePazza, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On May 5, 2026, I filed emergent TRO complaint alleging child endangerment and 1st/14th Amendment violations by defendants.

2. Attached Exhibits 9-14 provide CRITICAL timeline/proof :

   - Exhibit 9: DCPP disclosure cover-up table

   - Exhibit 10:  PRE-RETALIATION CHILD TRAUMA → THERAPY FAILURE

   - Exhibit 11: DCPP FOREWARNING →      POLICE RETALIATION → WELFARE CHECK BLOCKING

   - Exhibit 12: 23-DAY HOMICIDAL THREAT NEGLECT

   - Exhibit 13:  DOCUMENTATION BAN ESCALATION → COURT ORDER