**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JULIANA DEPAZZA, <br><br> Plaintiff, <br><br> v. <br><br> NJ DIVISION OF CHILD PROTECTION & PERMANENCY, *et al.*, <br><br> Defendants. | Civil Action No. 26-5028 (ZNQ) (JBD) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Complaint (ECF No. 5), an application to proceed *in forma pauperis* ("IFP") (ECF No. 6), and a Motion for a Temporary Restraining Order (ECF No. 1) filed by *Pro Se* Plaintiff Juliana DePazza.  For the reasons set forth in the accompanying Opinion,

**IT IS** on this **8th** day of **May 2026,**

**ORDERED** that Plaintiff's IFP application is hereby **GRANTED**; it is further

**ORDERED** that **NO SUMMONS** shall issue; it is further

**ORDERED** that the Complaint is hereby be **DISMISSED** against each of the defendants as follows:

1. All claims against the NJ Division of Child Protection & Permanency are DISMISSED WITHOUT PREJUDICE and without further leave to amend these claims;

2. All claims against the Ocean County Prosecutor's Office are DISMISSED WITHOUT PREJUDICE and without further leave to amend these claims;

3. Plaintiff's § 1983 claims against the Toms River Police Department are DISMISSED WITH PREJUDICE; her negligence claim against it is DISMISSED WITHOUT PREJUDICE;

4. Plaintiff's § 1983 claims against the Ocean County Sheriff's Department are DISMISSED WITH PREJUDICE; her negligence claim against it is DISMISSED WITHOUT PREJUDICE;

5. All claims against the Lower Township Police Department are DISMISSED WITHOUT PREJUDICE;

6. All claims against the Lower Township School District are DISMISSED WITHOUT PREJUDICE;

7. All claims against Reginald M. Dela Cruz are DISMISSED WITHOUT PREJUDICE; and

8. Plaintiff's § 1983 claims against the Ocean Partnership for Children are DISMISSED WITH PREJUDICE; her negligence claim against it is DISMISSED WITHOUT PREJUDICE; it is further

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF No. 1) is hereby **DENIED AS MOOT**; it is further

**ORDERED** that Plaintiff is granted leave to file an Amended Complaint within **60 days**, limited to remedying the deficiencies identified in the accompanying Opinion.  Plaintiff is cautioned that if she fails to file an Amended Complaint by the deadline or if she fails to remedy the identified deficiencies, her claims may be dismissed with prejudice or without further leave to amend; it is further

**ORDERED** that the Clerk's Office is instructed to **ADMINISTRATIVELY TERMINATE** this matter pending Plaintiff's filing of an Amended Complaint.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**